# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| KAYLENE PETERSCHEIM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:20-CV-431-JD-MGG |
| ) | |
| FOREST RIVER ) | |
| MANUFACTURING, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

Plaintiff, by counsel, and Defendant, by counsel, and hereby stipulate and agree that this matter, and all claims asserted in this matter, should be dismissed with prejudice. Each party shall bear their own fees and costs of this action.

Respectfully Submitted,

/s/ *Christopher C. Myers*
CHRISTOPHER C. MYERS & ASSOCIATES
809 S. Calhoun Street, Suite 400
Fort Wayne, IN 46802
Counsel for Plaintiff

Respectfully Submitted,

/s/ *Melissa A. Macchia*
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Counsel for Defendant